UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRI PARKER,

        Plaintiff,

v.                                      Case No: 8:20-cv-01499-VMC-AAS

PROSEGUR SERVICES GROUP, INC.,
F/K/A COMMAND SECURITY CORPORATION,

        Defendant.
_____/

## SUPPLEMENTAL MEDIATION REPORT

In accordance with the Court's mediation order, additional medication conferences were held in this matter subsequent to the November 17, 2020 initial mediation conference, and the results of those additional conferences are indicated below:

    XXX    The case has been completely settled. In accordance with the Local Rules, lead counsel will promptly notify the Court of the disposition of the matter.

Done this 1st day of December, 2020, in Orlando, Florida.

                                  s/Kay L. Wolf_____
                                  Signature of Mediator
                                  Florida Bar No. 247065

                                  Kay L. Wolf____
                                  Name of Mediator

                                  KAY L. WOLF Mediation Services, LLC
                                  801 Silver Drive
                                  Mailing Address

                                  Orlando, Florida 32804_____
                                  City, State and Zip Code

                                  407-758-6984_____
                                  Telephone Number